FILED
JUL 22 2014
CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-40038 |
| Plaintiff, | DEFENDANT'S INFORMED WAIVER OF SPEEDY TRIAL RIGHTS |
| vs. | |
| ELIJAH WILSON, | |
| Defendant. | |

I hereby consent to a motion to continue being filed on my behalf. I understand that this motion means that the delay requested is excluded from counting under the Speedy Trial Act, 18 U.S.C. § 3161, et. seq.

I have discussed this matter with my counsel and I have had my questions concerning this motion answered. This waiver of my rights under the Speedy Trial Act and my constitutional right to a speedy trial under the Sixth Amendment to the United States Constitution is being made by me freely and voluntarily, and with full knowledge of the consequences of this motion.

Dated this 07 day of 21, 2014.

_Elijah Wilson_
Defendant