UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>ELIJAH WILSON,<br>a/k/a "elijahwilson1989@gmail.com,"<br><br>      Defendant. | CR. 14-40038-01-KES<br><br><br>ORDER GRANTING<br>CONTINUANCE |

      Defendant moves for a continuance. The court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the defendant in a speedy trial insofar as defense counsel has made known to the court that a supplemental discovery request is pending, and defense can neither make nor rule out suppression/voluntariness motions until the requested discovery has been received and evaluated. Based on the foregoing, it is therefore

      ORDERED that defendant's motion is granted. The following deadlines will apply:

| | |
|---|---|
| Suppression/voluntariness motions | January 6, 2015 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for suppression hearing | January 6, 2015 |
| Suppression/voluntariness hearing before Magistrate Judge Veronica Duffy | If necessary, will be held before January 23, 2015 |
| Applications for Writ of Habeas Corpus Ad Testificandum | December 30, 2014 |
| Other motions | February 17, 2015 |

| Responses to motions due | Within five days after motion is filed |
|---|---|
| Subpoenas for trial | February 17, 2015 |
| Plea agreement or petition to plead and statement of factual basis | February 17, 2015 |
| Notify court of status of case | February 17, 2015 |
| Motions in limine | February 24, 2015 |
| Proposed jury instructions due | February 24, 2015 |
| Jury trial | Tuesday, March 3, 2015, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(7)(A).

All other provisions of the court's scheduling and case management order remain in effect unless specifically changed herein.

Dated December 3, 2014.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE