**UNITED STATES DISTRICT COURT**
DISTRICT OF SOUTH DAKOTA
**OFFICE OF THE CLERK**
ROOM 405
**225 S PIERRE STREET**
**PIERRE, SOUTH DAKOTA  57501**

OFFICIAL BUSINESS

Date: _____

I acknowledge that this envelope was opened
in my presence by:

Staff Member: _____

Inmate: _____

**Hasler**
01/28/2015
**US POSTAGE**   $00.48⁰

FIRST-CLASS MAIL

ZIP 57501
011D10631016

Elijah Wilson
~~500 N Minnesota Ave~~
~~Sioux Falls SD  57104~~

RETURN TO
SENDER

RTS

```
MIME-Version:1.0
From:ecfhelp@sdd.uscourts.gov
To:ecfhelp@sdd.uscourts.gov
Bcc:
--Case Participants: Timothy J. Langley (jann_brakke@fd.org, lynn_nicolai@fd.org,
timothy_langley@fd.org), Jeffrey C. Clapper (janice.long@usdoj.gov, jeff.clapper@usdoj.gov,
patrice.hink@usdoj.gov, sonia.larson@usdoj.gov, terri.mielenz@usdoj.gov), US Magistrate
Judge Veronica L. Duffy (christine_gross@sdd.uscourts.gov, lori_fossen@sdd.uscourts.gov,
veronica_duffy@sdd.uscourts.gov), U.S. District Judge Karen E. Schreier
(karen_schreier@sdd.uscourts.gov, kathy_cline@sdd.uscourts.gov), US Magistrate Judge John E.
Simko (christine_gross@sdd.uscourts.gov, lori_fossen@sdd.uscourts.gov)
--Non Case Participants: Probation / Pretrial Services - District of South Dakota
(ecfprclerks@sdd.uscourts.gov)
--No Notice Sent:

Message-Id:<1968380@sdd.uscourts.gov>
Subject:Order on Motion for Release from Custody filed in 4:14-cr-40038-KES USA v. Wilson
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of South Dakota

### Notice of Electronic Filing

The following transaction was entered on 1/27/2015 at 9:09 AM CST and filed on 1/27/2015
**Case Name:**      USA v. Wilson
**Case Number:**   4:14-cr-40038-KES
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT ORDER denying pro se [44] Motion for Release from Custody as all motions must be made through defendant's lawyer. Signed by US Magistrate Judge Veronica L. Duffy on 1/27/2015. (CG)**

**4:14-cr-40038-KES-1 Notice has been electronically mailed to:**

Timothy J. Langley      timothy_langley@fd.org, jann_brakke@fd.org, lynn_nicolai@fd.org

Jeffrey C. Clapper      Jeff.Clapper@usdoj.gov, Janice.Long@usdoj.gov, Patrice.Hink@usdoj.gov, Terri.Mielenz@usdoj.gov, sonia.larson@usdoj.gov

**4:14-cr-40038-KES-1 This document must be sent in hard copy to:**