**FILED**

MAR 1 9 2015


CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ELIJAH WILSON,
a/k/a "elijahwilson1989",

        Defendant.

CR   14-40038

SUPERSEDING INFORMATION

18 U.S.C. § 2423(b)

---

The United States Attorney charges and informs the Court:

On or about March 20, 2014, at Sioux Falls, in the District of South Dakota and elsewhere, the defendant, Elijah Wilson, a/k/a "elijahwilson1989@gmail.com", did knowingly attempt to travel in interstate commerce for the purpose of engaging in illicit sexual conduct with a minor who had not attained the age of 18 years, and which conduct would be in violation of Chapter 109A (namely section 2243(a), sexual abuse of a minor or ward) if the sexual act occurred in the territorial jurisdiction of the United States, all in violation of 18 U.S.C. § 2423(b).

Dated this 19th day of March, 2015.

        RANDOLPH J. SEILER
        Acting United States Attorney

        Jeffrey C. Clapper
        Assistant United States Attorney
        P.O. Box 2638
        Sioux Falls, SD   57101-2638
        (605)330-4400
        jeff.clapper@usdoj.gov