IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:14-CR-40038 |
| | ) | |
| Elijah Wilson | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on April 14, 2015 and ending on May 13, 2015. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 01, 2015 at Sioux Falls, SD.

*Kim Nelson*
Kim Nelson
Legal Assistant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH DAKOTA, SOUTHERN DIVISION
## COURT CASE NUMBER: 4:14-CR-40038; NOTICE OF FORFEITURE

Notice is hereby given that on April 10, 2015, in the case of U.S. v. Elijah Wilson, Court Case Number 4:14-CR-40038, the United States District Court for the District of South Dakota entered an Order condemning and forfeiting the following property to the United States of America:

Miscellaneous Computer Equipment Ser No: Itemized (14-FBI-007779), including the following items: 1 Blackberry cell phone, Ser No: 5603876; 1 Kyocera cell phone, Ser No: 5576542; 1 Garmin Nuvi GPS Unit, Ser No: Unknown which was seized from Elijah Wilson on April 08, 2014 at N. Cliff Avenue & East 34th Street N., located in Sioux Falls, SD

$350.00 US Currency seized from Wilson's person (14-FBI-007780) which was seized from Elijah Wilson on April 08, 2014 at N. Cliff Avenue & East 34th Street N., located in Sioux Falls, SD

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (April 14, 2015) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 400 S. Phillips Ave., Rm 128, Sioux Falls, SD 57104, and a copy served upon Assistant United States Attorney Connie Larson, P.O. Box 2638, Sioux Falls, SD 57101. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between April 14, 2015 and May 13, 2015. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Elijah Wilson

**Court Case No:** 4:14-CR-40038
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 04/14/2015 | 24.0 | Verified |
| 2 | 04/15/2015 | 24.0 | Verified |
| 3 | 04/16/2015 | 24.0 | Verified |
| 4 | 04/17/2015 | 24.0 | Verified |
| 5 | 04/18/2015 | 23.9 | Verified |
| 6 | 04/19/2015 | 24.0 | Verified |
| 7 | 04/20/2015 | 24.0 | Verified |
| 8 | 04/21/2015 | 24.0 | Verified |
| 9 | 04/22/2015 | 24.0 | Verified |
| 10 | 04/23/2015 | 24.0 | Verified |
| 11 | 04/24/2015 | 24.0 | Verified |
| 12 | 04/25/2015 | 24.0 | Verified |
| 13 | 04/26/2015 | 24.0 | Verified |
| 14 | 04/27/2015 | 24.0 | Verified |
| 15 | 04/28/2015 | 23.9 | Verified |
| 16 | 04/29/2015 | 24.0 | Verified |
| 17 | 04/30/2015 | 23.7 | Verified |
| 18 | 05/01/2015 | 24.0 | Verified |
| 19 | 05/02/2015 | 24.0 | Verified |
| 20 | 05/03/2015 | 23.9 | Verified |
| 21 | 05/04/2015 | 24.0 | Verified |
| 22 | 05/05/2015 | 24.0 | Verified |
| 23 | 05/06/2015 | 23.9 | Verified |
| 24 | 05/07/2015 | 24.0 | Verified |
| 25 | 05/08/2015 | 24.0 | Verified |
| 26 | 05/09/2015 | 23.9 | Verified |
| 27 | 05/10/2015 | 24.0 | Verified |
| 28 | 05/11/2015 | 24.0 | Verified |
| 29 | 05/12/2015 | 24.0 | Verified |
| 30 | 05/13/2015 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.