AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF SOUTH DAKOTA

Southern Division

United States of America
V.
Elijah Wilson a/k/a
"elijahwilson1989@gmail.com

## EXHIBIT LIST

Case Number:  CR14-40038-01

| PRESIDING JUDGE | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|
| Karen E. Schreier, United States District Judge | | Jeff Clapper | | Tim Langley |
| **TRIAL DATE (S)** | | **COURT REPORTER** | | **COURTROOM DEPUTY** |
| July 16, 2015 | | Cheryl Hook | | SLW |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | 7/16/15 | X | Rec'd | SEALED Report of Dr. Ascano |
| | B | 7/16/15 | X | Rec'd | CV of Dr. Ascano |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page 1 of 1

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.