# United States District Court
## District of South Dakota
Office of the Clerk
225 South Pierre Street, Room 405
Pierre, SD 57501

Joseph Haas                                                                                               Telephone
Clerk of Court                                                                                         (605) 945-4600


October 16, 2015


Maureen Gornik, Deputy in Charge
U.S. Court of Appeals
500 Federal Court Building
316 N. Robert St.
St. Paul, MN   55101

Re:         USA v. Elijah Wilson a/k/a elijahwilson1989@gamil.com
Our File:   CR14-40038-01
Your File:  15-3257

Dear Maureen:

Enclosed please find the Clerk's Record on Appeal which includes three sealed copies of the presentence investigation report, addendum, and statement of reasons in the above-entitled matter. The exhibits in this matter were sent by our Sioux Falls office on October 15, 2015.

Should you have any questions, please contact this office.

Yours very truly,

JOSEPH HAAS, Clerk
U.S. District Court

By: /s/ Shellie Krog
Deputy Clerk
Encs.