# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 01, 2015

Mr. Ellery Grey
GREY LAW OFFICE
Suite 555
909 St. Joseph Street
Rapid City, SD  57701

      RE:  15-3257  United States v. Elijah Wilson

Dear Counsel:

      Enclosed is an order directing your appointment under the provisions of the Criminal Justice Act. You will receive a CJA appointment through the eVoucher electronic system with a login and password. Your duties as counsel are defined by Eighth Circuit Rule 27B and Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Publications" page of our web site.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      Instructions for preparing vouchers for payment may be found on the court's website at www.ca8.uscourts.gov/cja-information and from links in the eVoucher program. Submission of paper vouchers is not allowed. Vouchers should be subitted after the court issues its mandate at the close of the case.

      Appointments are personal and cannot be delegated without the court's approval. If you have any questions about your appointment or the CJA voucher process, please contact this office.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please review the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Useful information about briefing and the record on appeal can be found at these links:

media.ca8.uscourts.gov/newcoa/notes/redactcr-egov.pdf
media.ca8.uscourts.gov/newcoa/forms/crbrchk.pdf
media.ca8.uscourts.gov/newcoa/forms/crrecord.pdf

If a transcript will be required for the appeal, you should immediately contact the official court reporter and take steps to order the transcripts and arrange for payment for their production.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to meet the briefing deadlines will result in the issuance of an order to show cause and may lead to dismissal of the appeal, as well as the initiation of disciplinary proceedings. Requests for extensions of time must be filed on a timely basis and should establish good cause. Overlength briefs are strongly discouraged.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

JMM

Enclosure(s)

cc:     Mr. Jeffrey C. Clapper
        Ms. Jill Maurine Connelly
        Mr. Joseph A. Haas
        Ms. Cheryl A. Hook
        Ms. Connie Larson
        Mr. Elijah Wilson

        District Court/Agency Case Number(s):   4:14-cr-40038-KES-1

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 15-3257

United States of America

Appellee

Elijah Wilson

Appellant

---

Appeal from U.S. District Court for the District of South Dakota - Sioux Falls
(4:14-cr-40038-KES-1)

---

**ORDER**

Attorney, Ellery Grey is hereby appointed to represent appellant in this appeal under the Criminal Justice Act. Information regarding the CJA appointment and vouchering process in eVoucher will be emailed to counsel shortly.

December 01, 2015

Order Entered under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
       /s/ Michael E. Gans