UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case Number: 14-40038 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Notice of Filing** |
| vs. | ) | **of** |
| | ) | **Official Transcript** |
| ELIJAH WILSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Notice is hereby given that an official transcript has been filed by the court reporter in the above-captioned matter. The parties have twenty-one (21) calendar days to file a Redaction Request of this transcript. If no Redaction Request is filed, the transcript may be made remotely electronically available to the public without redaction after ninety (90) calendar days.

Any party needing a copy of the transcript to review or for redaction purposes may contact the court reporter to purchase a copy or view the document at the public terminal located at the Office of the Clerk.

Dated this 21st day of December, 2015.

/s/ Cheryl A. Hook
Court Reporter

225 S. Pierre St. #420

Pierre, SD 57501

(605) 945-4626

cheryl_hook@sdd.uscourts.gov

## Certificate of Service

I hereby certify that on the above date, I electronically served the foregoing on parties in this matter using the CM/ECF system, which will send notification to the following:

Mr. Jeff Clapper

Mr. Tim Langley

       /s/   Cheryl A. Hook

Court Reporter

225 S. Pierre St. #420

Pierre, SD 57501

(605) 945-4626

cheryl_hook@sdd.uscourts.gov