# United States District Court
## District of South Dakota

Office of the Clerk
225 South Pierre Street, Room 405
Pierre, SD 57501

Joseph Haas                                                                                          Telephone
Clerk of Court                                                                                       (605) 945-4600

December 23, 2015

Maureen Gornik, Deputy in Charge
U.S. Court of Appeals
500 Federal Court Building
316 N. Robert St.
St. Paul, MN   55101

Re:          USA v. Elijah Wilson
Our File:    CR14-40038
Your File:   15-3257

Dear Maureen:

Enclosed please find the sentencing transcript in the above-entitled matter.   The Clerk's record and exhibits were previously sent to you on October 15-16, 2015.

Should you have any questions, please contact this office.

Yours very truly,

JOSEPH HAAS, Clerk
U.S. District Court

By: /s/ Shellie Krog
Deputy Clerk
Enc.